# In the United States Court of Federal Claims

Northern California Power Agency, et al.

    Plaintiff(s),

v.

THE UNITED STATES,

    Defendant.

Case No. 14-817C

Judge Thomas C. Wheeler

## NOTICE OF APPEAL

Notice is hereby given that _Northern California Power Agency, and the Cities of Redding and Roseville, California_ in the
(list all parties taking the appeal)

above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the _final judgment dismissing Plaintiffs' amended complaint_ entered in this action on
(describe document being appealed; e.g. final judgment, order)

_July 31, 2018_.
(filed date of document being appealed)

_/s/ David T. Ralston, Jr._
(Signature of Appellant or Attorney)

David T. Ralston, Jr.
(Printed Name)

3000 K St. NW, Suite 600
(Street Address)

Washington, D.C. 20007
(City, State, ZIP Code)

202-295-4097
(Phone Number)