# In the United States Court of Federal Claims

Northern California

Power Agency, et al.

Plaintiff(s),

v.

THE UNITED STATES,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. __14-817C__

Judge __Thomas C. Wheeler__

## NOTICE OF APPEAL

Notice is hereby given that __the City of Santa Clara, California__ in the
(list all parties taking the appeal)

above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from

the __final judgment dismissing Plaintiffs' amended complaint__ entered in this action on
(describe document being appealed; e.g. final judgment, order)

__July 31, 2018__
(filed date of document being appealed)

__(Signature of Appellant or Attorney)__

__David T. Ralston, Jr.__
(Printed Name)

__3000 K St. NW, Suite 600__
(Street Address)

__Washington, D.C. 20007__
(City, State, ZIP Code)

__202-295-4097__
(Phone Number)